**Fill in this information to identify the case:**

Debtor name    **Blue Diamond LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **3:17-bk-01234**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■    Amended *Schedule*    **20 Largest Crditors**
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 12, 2018**    X /s/ James Hutzler, Jr.
Signature of individual signing on behalf of debtor

**James Hutzler, Jr.**
Printed name

**Member/Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Blue Diamond LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF WEST VIRGINIA** |
| Case number (if known): | **3:17-bk-01234** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One PO Box 30285 Salt Lake City, UT 84130-0288** | | | | | | **$7,000.00** |
| **Capital One P.O. Box 30285 Salt Lake City, UT 84130-0288** | | | | | | **$6,800.00** |
| **Douglas McDonald 221 Corridale Lane Bunker Hill, WV 25413** | | | | | | **$525.00** |
| **Home Depot P.O. Box 790328 Saint Louis, MO 63179** | | | | | | **$7,500.00** |
| **James R. Triesler, Jr. c/o David Hammer, Mark Jenkinson, Ronald Harmon and Burke, Shultz, Harmon $ Jenki P.O. Box 1938 Martinsburg, WV 25402** | | **Plaintiff's claim in Triesler, representative v. Quaglio et al. Circuit Court of Berekeley Co. WV 15-cv-322** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Mervin Knotts 17 Marietta Lane Falling Waters, WV 25419** | | | | | | **$530.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Blue Diamond LLC**                                                        Case number *(if known)*    **3:17-bk-01234**
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Bank 450 Foxcraft Ave Martinsburg, WV 25405** | | **The amount is not disputed, but given the vast number of security agreements and cross-collateraliza tion agreements, it is disputed whether this oblig** | **Disputed** | | | **$85,328.53** |
| **West Virginia Lottery Commision c/o Danielle Boyd P.O. Box 2067 Charleston, WV 25327** | | **Bounced check, and December 1-December 19 (inclusive) sweep monies.This creditor is a defendant in litigation being pursued by the Debtor and others s** | **Contingent Unliquidated** | | | **$270,695.97** |

Fill in this information to identify the case:

Debtor name **Blue Diamond LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known) **3:17-bk-01234**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $    **6,191,500.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................... $    **1,398,549.92**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $    **7,590,049.92**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **3,194,901.45**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $    **2,240.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **2,383,077.31**

4.  **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b

$    **5,580,218.76**

Fill in this information to identify the case:

Debtor name      **Blue Diamond LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)    **3:17-bk-01234**

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Checking Account for Blue Diamond Account at United Bank negative balance of $85,328.53** | Checking | | $0.00 |
| 3.2. | **Checking Account for Blue Diamond/Blue Action at United Bank** | Checking | | $12.38 |
| 3.3. | **Checking Account for Blue Diamond at Jefferson Security Bank** | Checking | | $2,866.05 |
| 3.4. | **Savings Account for Blue Diamond at United Bank** | Savings | | $4.38 |
| 3.5. | **Checking Account for Mason Springs, LLC at Jefferson Security Bank -** | Checking | | $46.24 |
| 3.6. | **Checking Account for Mason Springs, LLC at United Bank** | Checking | | $0.27 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Blue Diamond LLC**                                    Case number *(If known)*    **3:17-bk-01234**
Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Checking Account for Lotimar Inc. at United Bank** | Checking | | $2.04 |
| 3.8. | **Checking Account, for Garnet Inc. at United Bank** | Checking | | $3.11 |
| 3.9. | **Cnecking Account for Garnet Inc. at Bank of Charles Town** | Checking | | $444.95 |
| 3.10. | **Checking Account for Opalite Inc. at United Bank** | Checking | | $17.45 |
| 3.11. | **Checking Accoun for Mason Springs II , LLC at United Bank** | Checking | | $7.49 |
| 3.12. | **Checking Account for Alpha Real Estate LLC at United Bank** | Checking | | $0.33 |
| 3.13. | **Checking Account for Beta Real Estate LLC at United Bank** | Checking | | $0.22 |
| 3.14. | **Checking Account for Gamma Real Estate LLC at United Bank** | Checking | | $0.50 |
| 3.15. | **Checking Account for Delta Real Estate LLC at United Bank** | Checking | | $3.69 |
| 3.16. | **Checking Account for Epsilon Real Estate, LLC at United Bank** | Checking | | $136.51 |
| 3.17. | **Checking Account for  Iota Real Estate LLC at United Bank** | Checking | | $2.83 |
| 3.18. | **Checking Accoutn for Omicoron Real Estate LLC at Checking Account** | Checking | | $0.22 |
| 3.19. | **Checking Account for Sigma Real Estate, LLC at United Bank** | Checking | | $1.26 |

4.      **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Blue Diamond LLC** | | Case number *(If known)* | **3:17-bk-01234** |
|---|---|---|---|---|
| | Name | | | |

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$3,549.92** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Desks chairs tables at varios bar locations and in offices | $0.00 | | $4,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers, Printers at office, and at various bars | $0.00 | | $8,500.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Blue Diamond LLC**                                    Case number *(If known)* **3:17-bk-01234**
         Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $12,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Ford F150 2006** | $0.00 | | $1,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>The Debtor owns 159 Video Lottery Machines of varying ages. 40% of the machines, or 64, are new and have been valued at $10,000. The remaining machines are serviceable, but a bit older. These (95) have been valued at $ 5000 per machine, or a total of $ 475,000. Total machine value for all machines is $ 1,115,000 | $0.00 | | $1,115,000.00 |
| **Bar Equiptment (Various locations)** | $0.00 | | $25,000.00 |
| **Machine Upgrades** | $0.00 | | $35,500.00 |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

    | $1,176,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Blue Diamond LLC**
    Name                                                    Case number *(If known)* **3:17-bk-01234**

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **See attachment 1 Real Estate Associated with Loan 1C at United Bank** | | $0.00 | Appraisal | $2,247,000.00 |
| 55.2. **See Attachment 1 Real Estate associated with Loan 6c** | | $0.00 | | $1,101,000.00 |
| 55.3. **See attachment 1 Real Estate Associated with Loan 8C** | | $0.00 | | $2,443,500.00 |
| 55.4. **See Attachment 1 Real Estate tied to Loan from the Bank of Charles Town** | | $0.00 | | $400,000.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                          **$6,191,500.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property             page 5

Debtor  **Blue Diamond LLC**                                                    Case number *(if known)*  **3:17-bk-01234**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| 62.    Licenses, franchises, and royalties | | | |
| Debtor holds one Video Lottery Operator License which permits the Debtor to lease Video Lottery Machines to Retailers who may put those machines in play by the general public.  This license is currently in force. It will expire on September 1 but it may be renewed for $10,000. It will then be good for a year. | $0.00 | | $10,000.00 |
| Debtor holds 159 Video Lottery Permits from the West Virginia Lottery Commission. These are valid for one year, and are subject to renewal for $1000 each year. These are valued at the annual price of $159,0000. Theee will expire on May 1 but are subject to renewal. | $0.00 | | $159,000.00 |
| 63.    Customer lists, mailing lists, or other compilations | | | |
| 64.    Other intangibles, or intellectual property | | | |
| 65.    Goodwill | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $169,000.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**)?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Blue Diamond LLC** | Case number *(if known)* **3:17-bk-01234** |
|---|---|---|
| | Name | |

| Series of three loans totalling $25,000 to Ladd Jasper Jr. Demand Note Interest owed at 6% and other loan for no interest at $12,000 | 37,000.00 | – | 0.00 | = | |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | **$37,000.00** |

---

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **The Debtor is one of several plaintiffs in lawsuit filed against WV lottery. The gist of this litigation is that the WV Lottery Commission did not disclose the need for substantial upgrades, and an accompanying expense, when bidding on licesnes was most recently conducted.**                                    **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

**Potential lender liability claim against United Bank for delay in refinancing.**                                                  **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

---

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                            **$37,000.00**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Blue Diamond LLC**                                                                  Case number *(if known)*    **3:17-bk-01234**
                Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,549.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,176,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................> | | $6,191,500.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $169,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,398,549.92 | + 91b. $6,191,500.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,590,049.92 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Blue Diamond LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **3:17-bk-01234** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Bally Gaming** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | **66015 Bermuda Avenue**<br>**Las Vegas, NV 89119** | **Machine Cash dispensers machine upgrade kits** | $24,500.00 | $35,500.00 |

Creditor's mailing address

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Bank of Charles Town** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | |
| | **9738 Tuscarora Pike**<br>**Martinsburg, WV 25403** | **See Attachment 1 Real Estate tied to Loan from the Bank of Charles Town** | $177,042.09 | $400,000.00 |

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Firestone Financial** | Describe debtor's property that is subject to a lien | $238,569.38 | $450,000.00 |
|-----|-------------------------|------------------------------------------------------|-------------|-------------|

Creditor's Name

**117 Kendrick Street
Needham Heights, MA
02494**

**Video Lottery machines upgrades**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
1/21/2016, 3/05/2016,
4/1/2017, 12/15/17**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Grandvision Gaming** | Describe debtor's property that is subject to a lien | $56,900.00 | $120,000.00 |
|-----|------------------------|------------------------------------------------------|------------|-------------|

Creditor's Name

**1291 Well Street
Billings, MT 59101**

**Video Lottery machines upgrades**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
November, 2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **United Bank** | Describe debtor's property that is subject to a lien | $94,815.00 | $2,247,000.00 |
|-----|-----------------|------------------------------------------------------|------------|---------------|

Creditor's Name

**450 Foxcroft Avenue
Martinsburg, WV 25401**

**See attachment 1 Real Estate Associated with
Loan 6C at United Bank**

Creditor's mailing address

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?

■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Name

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**10/12/2010**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**356C**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**1. United Bank**
**2. United Bank**

---

| 2.6 | **United Bank** | **Describe debtor's property that is subject to a lien** | $725,831.26 | $2,443,500.00 |
|---|---|---|---|---|

Creditor's Name

**See attachment 1 Real Estate Associated with Loan 8C**

**450 Foxcroft Avenue**
**Martinsburg, WV 25405**

Creditor's mailing address

**Describe the lien**

**Deed of Trust**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**3/16/2011**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**358C**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **United Bank** | **Describe debtor's property that is subject to a lien** | $1,877,243.72 | $2,247,000.00 |
|---|---|---|---|---|

Creditor's Name

**See attachment 1 Real Estate Associated with Loan 1C at United Bank**

**450 Foxcroft Avenue**
**Martinsburg, WV 25405**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**4/08/2016**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**351C**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.5**

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,194,901.4**

| | 5 |
|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ken J. Barton, Jr. Esq**<br>**Steptoe and Johnson**<br>**Box 2629**<br>**Martinsburg, WV 25402** | Line **2.5** | |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Blue Diamond LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **3:17-bk-01234** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$525.00** | **$525.00** |
| | **Douglas McDonald** | *Check all that apply.* | | |
| | **221 Corridale Lane** | ☐ Contingent | | |
| | **Bunker Hill, WV 25413** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$220.00** | **$220.00** |
| | **Elizabeth Hutzler** | *Check all that apply.* | | |
| | **805 Mount Olive Road** | ☐ Contingent | | |
| | **Martinsburg, WV 25405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Insider Daughter/Sibling** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     25461     Best Case Bankruptcy

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $0.00 |
|---|---|---|---|---|

| | **James Hutzler, IV** | *Check all that apply.* | | |
| | **805 Mount Olive Road** | ☐ Contingent | | |
| | **Martinsburg, WV 25405** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Insider Son/Sibling**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.00 | $0.00 |
|---|---|---|---|---|

| | **Lauriette Hutzler** | *Check all that apply.* | | |
| | **357 Firefly Lane** | ☐ Contingent | | |
| | **Martinsburg, WV 25403** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Insider Daughter/Sibling**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 | $530.00 |
|---|---|---|---|---|

| | **Mervin Knotts** | *Check all that apply.* | | |
| | **17 Marietta Lane** | ☐ Contingent | | |
| | **Falling Waters, WV 25419** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

| | **Capital One** | ☐ Contingent | |
| | **PO Box 30285** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84130-0288** | ☐ Disputed | |

Date(s) debt was incurred __2015__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

| | **Capital One** | ☐ Contingent | |
| | **P.O. Box 30285** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84130-0288** | ☐ Disputed | |

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
| | **Home Depot** | ☐ Contingent | |
| | **P.O. Box 790328** | ☐ Unliquidated | |
| | **Saint Louis, MO 63179** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,360.00 |
| | **James Hutzler, Jr** | ☐ Contingent | |
| | **357 Firefly Lane** | ☐ Unliquidated | |
| | **Martinsburg, WV 25403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insider -** | |
| | Last 4 digits of account number _ | **Money lent to company using credit cards, and other loans in own name** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146,208.21 |
| | **James Hutzler, Jr. and Jennifer McGibbon** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insider** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,700.00 |
| | **James K. Hutzler Jr.  and Bonita Hutzler** | ☐ Contingent | |
| | **357 Firefly Lane** | ☐ Unliquidated | |
| | **Martinsburg, WV 25403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Insider** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $799,833.14 |
| | **James K. Hutzler, Jr** | ☐ Contingent | |
| | **357 Firefly Lane** | ☐ Unliquidated | |
| | **Martinsburg, WV 25403** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money lent to corporation as a result of collateral posted at United Bank Loan 5C Collateral Value $1,752,000** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $228,742.61 |
| | **James K. Hutzler, Jr.** | ☐ Contingent | |
| | **357 Firefly Lane** | ☐ Unliquidated | |
| | **Kearneysville, WV 25430** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Money lent to Debtor as a result of Secured Debt on Collateral posted with United Bank** | |
| | Last 4 digits of account number _ | **See Attachment 1 re: Loan 38C Collaateral Value $1,500,000** | |
| | | **Insider** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $525,784.85 |
|---|---|---|---|
| | **James K. Hutzler, Jr.**<br>**357 Firefly Lane**<br>**Martinsburg, WV 25403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Money lent as a result of posting collateral with Jefferson Security Bank consisting of 178 acres and 8 acres and as a result of second mortgage to sister, Sushannah Swedeberg** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **James R. Triesler, Jr.**<br>**c/o David Hammer, Mark Jenkinson, Ronald Harmon and Burke, Shultz, Harmon $ Jenki**<br>**P.O. Box 1938**<br>**Martinsburg, WV 25402** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Plaintiff's claim in Triesler, representative v. Quaglio et al. Circuit Court of Berekeley Co. WV 15-cv-322** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81,536.00 |
|---|---|---|---|
| | **Jennifer McGibbon**<br>**55 Shenandoah St**<br>**Martinsburg, WV 25405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Insider - Money lent to corporation** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,000.00 |
|---|---|---|---|
| | **Laton and Jennifer**<br>**55 Shenandoah**<br>**Martinsburg, WV 25405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Insider** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,588.00 |
|---|---|---|---|
| | **Laton McGibbon**<br>**55 Shenandoah St**<br>**Martinsburg, WV 25405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **Insider -  Money lent** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,328.53 |
|---|---|---|---|
| | **United Bank**<br>**450 Foxcraft Ave**<br>**Martinsburg, WV 25405** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim:  **The amount is not disputed, but given the vast number of security agreements and cross-collateralization agreements, it is disputed whether this obligation is unsecured. It is probably secured.** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270,695.97 |

**West Virginia Lottery Commision**
**c/o Danielle Boyd**
**P.O. Box 2067**
**Charleston, WV 25327**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

Basis for the claim: **Bounced check, and December 1-December 19 (inclusive) sweep monies.This creditor is a defendant in litigation being pursued by the Debtor and others similarly situated.**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Greg Kennedy**<br>**Franklin & Prokopik**<br>**100 South Queen St**<br>**Suite 200**<br>**Martinsburg, WV 25402** | Line **3.10**<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,240.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,383,077.31 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,385,317.31 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Blue Diamond LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **3:17-bk-01234** |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — **lease of 1861 Saloon and machine lease** | |
| State the term remaining | **1861 Saloon, LLC**<br>**511 Finish Line Dr.**<br>**Ranson, WV 25438** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — **Tennant at Copper Still location** | |
| State the term remaining | **Alexa Silver**<br>**1911 Winchester Ave**<br>**Apartment B**<br>**Martinsburg, WV 25405** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Alicia Smith**<br>**1911 Winchester Ave**<br>**Apartment A**<br>**Martinsburg, WV 25405** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest — **Machine Lease** | |
| State the term remaining | **Carol Jean DBA Jake's Sports Bar**<br>**3485 Winchester Avenue**<br>**Martinsburg, WV 25405** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:17-bk-01234   Doc 21   Filed 01/12/18   Entered 01/12/18 15:11:36   Page 23 of 47

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Big John's Saloon and machine lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Jean, LLC**<br>**507 Finish Line Dr**<br>**Ranson, WV 25438** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **CJ's Sports Bar and machine lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carol Jean, LLC**<br>**10745 Hedgesville Rd.**<br>**Hedgesville, WV 25427** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **and Machine lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Copper Still Pub and Grill, LLC**<br>**1911 Winchester Ave**<br>**Martinsburg, WV 25405** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Leases** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **D'Ann Ltd**<br>**d/b/a The Anvil Restaurant**<br>**1290 West Washington St**<br>**Harpers Ferry, WV 25425** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Residential lease tenant** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Debra Huggins**<br>**126 Kelly Island Road**<br>**Martinsburg, WV 25405** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Josephine's of Ranson and machine lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **Eastern Panhandle Retailers LLC**<br>**55 Shenandoah**<br>**Martinsburg, WV 25405** |

Case 3:17-bk-01234   Doc 21   Filed 01/12/18   Entered 01/12/18 15:11:36   Page 24 of 47

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **19th Hole Cafe and machine lease** | |
| | State the term remaining | | **Eastern Panhandle Retailers, LLC** |
| | List the contract number of any government contract | | **55 Shenandoah St** **Martinsburg, WV 25405** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Five Stop Wellton and machine lease** | |
| | State the term remaining | | **Eastern Panhandle Retailers, LLC** |
| | List the contract number of any government contract | | **55 Shenandoah St.** **Martinsburg, WV 25404** |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **d/b/a Josephines and machine leases** | |
| | State the term remaining | | **Eastern Panhandle Retatilers, LLC** |
| | List the contract number of any government contract | | **55 Shenandoah St** **Martinsburg, WV 25405** |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Machine leases** | |
| | State the term remaining | | **First Class Transports, Inc.** **d/b/a Images** |
| | List the contract number of any government contract | | **4687 Middlemway Pike** **Kearneysville, WV 25430** |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Leases** | |
| | State the term remaining | | **Hillbilly Heaven Bar & Grill, LLC** |
| | List the contract number of any government contract | | **3280 Martinsburg Rd** **Berkeley Springs, WV 25411** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **The Rock and machine leases** | **J & R Corporation** **2573 Williamsport Pike** **Martinsburg, WV 25404** |

Case 3:17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:36    Page 25 of 47

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Leases** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jasper's Sports Bar, LLC**<br>**970 Foxcroft Ave**<br>**Martinsburg, WV 25404** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Leases** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jefferson Realty Inc.**<br>**d/b/a Middleway Market**<br>**4843 Middleway Pike**<br>**Kearneysville, WV 25430** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **and machine lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **KCR Barrel Saloon LLC**<br>**304 N. Mildred St**<br>**Charles Town, WV 25414** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Machine leases** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Laddie's LLC**<br>**170 Lutz Ave**<br>**Martinsburg, WV 25404** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Building** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Let there be rock school panhandle, LLC**<br>**1017 S. Queen Street**<br>**Martinsburg, WV 25401** |

Case 3:17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:36    Page 26 of 47

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Machine Leases**<br><br>State the term remaining<br><br>List the contract number of any government contract | Longbranch Saloon & Grill, Inc.<br>587 Baxter Rd.<br>Hedgesville, WV 25427 |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Machine Leases**<br><br>State the term remaining<br><br>List the contract number of any government contract | Martinsburg Moose Lodge 120<br>Loyal Order ofMoose, Inc.<br>201 Woodbury Ave<br>Martinsburg, WV 25405 |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Premises and mahine lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | O'Connell's Pub LLC<br>126 Kelly Island Rd<br>Martinsburg, WV 25405 |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Machine Leases**<br><br>State the term remaining<br><br>List the contract number of any government contract | Paddy's LLC<br>210 West Liberty St.<br>Martinsburg, WV 25405 |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Machine Leases**<br><br>State the term remaining<br><br>List the contract number of any government contract | Pumphouse East 45 Inc.<br>4529 Sheperdstown Rd<br>Martinsburg, WV 25404 |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **had been Bulldog's Lounge**<br><br>**premises and machine lease**<br><br>State the term remaining | Rob's Road House LLC<br>1518 Winchester Ave<br>Martinsburg, WV 25405 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

No 3:17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:38    Page 27 of 47

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Sky Room Lounge and machine lease** | |
|---|---|---|---|
| | State the term remaining | | **Sky Room Lounge, Inc.**<br>**1939 Rockcliff Dr.**<br>**Martinsburg, WV 25401** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Machine Leases** | |
|---|---|---|---|
| | State the term remaining | | **Smokies LLC**<br>**5078 Williamsport Pike Suite J**<br>**Martinsburg, WV 25404** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **Blue Diamond LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF WEST VIRGINIA |
| Case number (if known) | **3:17-bk-01234** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James K. Hutzler Jr.** | | **United Bank** | ■ D   __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **James K. Hutzler, Jr** | | **United Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **James K. Hutzler, Jr** | | **United Bank** | ■ D   __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **James K. Hutzler, Jr.** | | **United Bank** | ■ D   __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **James K. Hutzler, Jr.** | **357  Firefly Lane<br>Martinsburg, WV 25403** | **Bank of Charles Town** | ■ D   __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

No. 3-17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:36    Page 29 of 47

| ▮ | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jennifer McGibbon** | | **United Bank** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Jennifer McGibbon** | | **United Bank** | ▮ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Jennifer McGibbon** | | **United Bank** | ▮ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Jennifer McGibbon** | | **United Bank** | ▮ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Jennifer McGibbon** | 55 Shenandoah St<br>Martinsburg, WV 25405 | **Bank of Charles Town** | ▮ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Sarah A. Quaglio and Mary C. Quaglio** | c/o Susan R. Snowden<br>Martin & Seibert, LC<br>14533 Winchester Ave, P.O. Box 1286<br>Martinsburg, WV 25402<br>co defendants in tort case | **James R. Triesler, Jr.** | ☐ D _____<br>▮ E/F __3.10__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Blue Diamond LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF WEST VIRGINIA

Case number (if known)   **3:17-bk-01234**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,000,000.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$6,232,000.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$0.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Mason Springs, LLC Sale of Property** | **$275,000.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | **Omicron Real Estate, LLC sale of property** | **$50,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **United Bank** | 9/25, 10/19, 11/16 | $9,709.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **United Bank** | 10/23, 11/20 | $6,759.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **United Bank** | 9/29 | $19,806.45 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **United Bank** | 9/29 | $18,532.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Firestone Financial**<br>**117 Kendrick Street**<br>**Needham Heights, MA 02494** | 9/20, 9/28, 10/15, 10/20, 10/28, 12/15 | $24,010.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Bally Gaming**<br>**66015 Bermuda Avenue**<br>**Las Vegas, NV 89119** | 10/15, 11/15 | $11,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **BCT Loan** | 10/6, 11/6, 12/6 | $7,473.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

No. 3:17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:36    Page 32 of 47

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   James Hutzler, Jr. | | **$48,000.00** | |
| 4.2.   Jennifer McGibbon | | **$72,000.00** | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Lawsuit against WV lottery | | Kanawha County Court House<br>111 Court Street<br>Charleston, WV 25301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Blue Diamond Warehouse 55 Shenondoah Street Martinsburg, WV 25405 | None | Video Lottery machines and parts not in field use | ☐ No ☑ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Cox Hollida Price LLP** **101 N. Spring Street #200** **Martinsburg, WV 25401** | **last 2 years** |
| 26a.2.   **Tina Mauck** | **last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Cox Hollida Price LLP** **101 N. Spring Street #200** **Martinsburg, WV 25401** | **Last 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Tina Mauck** | **last 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Cox Hollida Price LLP** **Martinsburg, WV 25401** | |
| 26c.2.   **Tina Mauck** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.   **Cox Hollida Price LLP** **101 N. Spring Street #200** **Martinsburg, WV 25401** | |
| 26d.2.   **Tina Mauck** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

No. 3:17-bk-01234    Doc 21    Filed 01/12/18    Entered 01/12/18 15:11:36    Page 37 of 47

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| James K Hutzler Jr. | 1774 Winchester Avenue Suite 1 Martinsburg, WV 25405 | Member/Manager | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 12, 2018**

**/s/ James Hutzler, Jr.**                          **James Hutzler, Jr.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

### United States Bankruptcy Court
### Northern District of West Virginia

In re   **Blue Diamond LLC**                Case No.   **3:17-bk-01234**
                                Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **James K. Hutzler, Jr.**<br>**357 Firefly Lane**<br>**Martinsburg, WV 25403** | | | **Membership** |
| **Jennifer McGibbon**<br>**55 Shenandoah**<br>**Martinsburg, WV 25405** | | | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 12, 2018**            Signature   **/s/ James Hutzler, Jr.**
                                               **James Hutzler, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of West Virginia

| | | | |
|---|---|---|---|
| In re | **Blue Diamond LLC** | Case No. | **3:17-bk-01234** |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 12, 2018**

**/s/ James Hutzler, Jr.**
**James Hutzler, Jr./Member/Manager**
Signer/Title

Blue Diamond LLC
1774 Winchester Avenue Suite 1
Martinsburg, WV 25405


Martin P. Sheehan
SHEEHAN & NUGENT PLLC
41 Fifteenth Street
Wheeling, WV 26003


 1861 Saloon, LLC
511 Finish Line Dr.
Ranson, WV 25438


Alexa Silver
1911 Winchester Ave
Apartment B
Martinsburg, WV 25405


Alicia Smith
1911 Winchester Ave
Apartment A
Martinsburg, WV 25405


Bally Gaming
66015 Bermuda Avenue
Las Vegas, NV 89119


Bank of Charles Town
9738 Tuscarora Pike
Martinsburg, WV 25403


Capital One
PO Box 30285
Salt Lake City, UT 84130-0288


Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0288


Carol Jean DBA Jake's Sports Bar
3485 Winchester Avenue
Martinsburg, WV 25405

Carol Jean, LLC
507 Finish Line Dr
Ranson, WV 25438


Carol Jean, LLC
10745 Hedgesville Rd.
Hedgesville, WV 25427


Copper Still Pub and Grill, LLC
1911 Winchester Ave
Martinsburg, WV 25405


D'Ann Ltd
d/b/a The Anvil Restaurant
1290 West Washington St
Harpers Ferry, WV 25425


Debra Huggins
126 Kelly Island Road
Martinsburg, WV 25405


Douglas McDonald
221 Corridale Lane
Bunker Hill, WV 25413


Eastern Panhandle Retailers LLC
55 Shenandoah
Martinsburg, WV 25405


Eastern Panhandle Retailers, LLC
55 Shenandoah St
Martinsburg, WV 25405


Eastern Panhandle Retailers, LLC
55 Shenandoah St.
Martinsburg, WV 25404


Eastern Panhandle Retatilers, LLC
55 Shenandoah St
Martinsburg, WV 25405


Elizabeth Hutzler
805 Mount Olive Road
Martinsburg, WV 25405

Firestone Financial
117 Kendrick Street
Needham Heights, MA 02494


First Class Transports, Inc.
d/b/a Images
4687 Middlemway Pike
Kearneysville, WV 25430


Grandvision Gaming
1291 Well Street
Billings, MT 59101


Greg Kennedy
Franklin & Prokopik
100 South Queen St
Suite 200
Martinsburg, WV 25402


Hillbilly Heaven Bar & Grill, LLC
3280 Martinsburg Rd
Berkeley Springs, WV 25411


Home Depot
P.O. Box 790328
Saint Louis, MO 63179


J & R Corporation
2573 Williamsport Pike
Martinsburg, WV 25404


James Hutzler, IV
805 Mount Olive Road
Martinsburg, WV 25405


James Hutzler, Jr
357 Firefly Lane
Martinsburg, WV 25403


James Hutzler, Jr. and Jennifer McGibbon


James K. Hutzler Jr.

James K. Hutzler Jr.  and Bonita Hutzler
357 Firefly Lane
Martinsburg, WV 25403


James K. Hutzler, Jr
357 Firefly Lane
Martinsburg, WV 25403


James K. Hutzler, Jr


James K. Hutzler, Jr


James K. Hutzler, Jr.
357 Firefly Lane
Kearneysville, WV 25430


James K. Hutzler, Jr.
357 Firefly Lane
Martinsburg, WV 25403


James K. Hutzler, Jr.


James K. Hutzler, Jr.
357 Firefly Lane
Martinsburg, WV 25403


James R. Triesler, Jr.
c/o David Hammer, Mark Jenkinson, Ronald
Harmon and Burke, Shultz, Harmon $ Jenki
P.O. Box 1938
Martinsburg, WV 25402


Jasper's Sports Bar, LLC
970 Foxcroft Ave
Martinsburg, WV 25404


Jefferson Realty Inc.
d/b/a Middleway Market
4843 Middleway Pike
Kearneysville, WV 25430

Jennifer McGibbon
55 Shenandoah St
Martinsburg, WV 25405


Jennifer McGibbon


Jennifer McGibbon


Jennifer McGibbon


Jennifer McGibbon


Jennifer McGibbon
55 Shenandoah St
Martinsburg, WV 25405


KCR Barrel Saloon LLC
304 N. Mildred St
Charles Town, WV 25414


Ken J. Barton, Jr. Esq
Steptoe and Johnson
Box 2629
Martinsburg, WV 25402


Laddie's LLC
170 Lutz Ave
Martinsburg, WV 25404


Laton and Jennifer
55 Shenandoah
Martinsburg, WV 25405


Laton McGibbon
55 Shenandoah St
Martinsburg, WV 25405


Lauriette Hutzler
357 Firefly Lane
Martinsburg, WV 25403

Let there be rock school panhandle, LLC
1017 S. Queen Street
Martinsburg, WV 25401


Longbranch Saloon & Grill, Inc.
587 Baxter Rd.
Hedgesville, WV 25427


Martinsburg Moose Lodge 120
Loyal Order ofMoose, Inc.
201 Woodbury Ave
Martinsburg, WV 25405


Mervin Knotts
17 Marietta Lane
Falling Waters, WV 25419


O'Connell's Pub LLC
126 Kelly Island Rd
Martinsburg, WV 25405


Paddy's LLC
210 West Liberty St.
Martinsburg, WV 25405


Pumphouse East 45 Inc.
4529 Sheperdstown Rd
Martinsburg, WV 25404


Rob's Road House LLC
1518 Winchester Ave
Martinsburg, WV 25405


Sarah A. Quaglio and Mary C. Quaglio
c/o Susan R. Snowden
Martin & Seibert, LC
14533 Winchester Ave, P.O. Box 1286
Martinsburg, WV 25402


Sky Room Lounge, Inc.
1939 Rockcliff Dr.
Martinsburg, WV 25401

Smokies LLC
5078 Williamsport Pike Suite J
Martinsburg, WV 25404


United Bank
450 Foxcroft Avenue
Martinsburg, WV 25401


United Bank
450 Foxcroft Avenue
Martinsburg, WV 25405


United Bank
450 Foxcroft Avenue
Martinsburg, WV 25405


United Bank
450 Foxcraft Ave
Martinsburg, WV 25405


West Virginia Lottery Commision
c/o Danielle Boyd
P.O. Box 2067
Charleston, WV 25327

# United States Bankruptcy Court
## Northern District of West Virginia

| | | | |
|---|---|---|---|
| In re | **Blue Diamond LLC** | Case No. | **3:17-bk-01234** |
| | Debtor(s) | Chapter | **11** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Blue Diamond LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 12, 2018**
Date

**/s/ Martin P. Sheehan**
**Martin P. Sheehan 4812**
Signature of Attorney or Litigant
Counsel for   **Blue Diamond LLC**
**SHEEHAN & NUGENT PLLC**
**41 Fifteenth Street**
**Wheeling, WV 26003**
**304-232-1064 Fax:304-232-1066**
**sheehanbankruptcy@wvdsl.net**